IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY B. SAUNDERS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-7203 |
| BOROUGH OF AMBLER, et al. | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2012, "Defendants' Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56" (docket no. 24) is granted.  Judgment is entered in favor of defendants and against plaintiff.

BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.